ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG - 2 2022

CLERK U.S. DISTRICT COURT
By: _____
Deputy

UNITED STATES OF AMERICA

v.

BRYANT LERAY HENDERSON (01)

No. 4:22-MJ-590

CRIMINAL COMPLAINT

I, Special Agent Patrick H. McGuire, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offenses:**

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about May 4, 2022, in the Northern District of Texas, the defendant, **Bryant Leray Henderson**, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Count Two
Attempting to Provide Contraband in Prison
(Violation of 18 U.S.C. § 1791(a)(1) and (b)(1))

On or about May 4, 2022, in the Northern District of Texas, the defendant, **Bryant Leray Henderson,** contrary to 28 C.F.R. § 6.1 and 21 U.S.C. § 841(a)(1), attempted to provide prohibited objects to an inmate of Federal Medical Center Fort Worth, a federal correctional facility, to wit, he flew into the facility a drone carrying Methamphetamine, cellular telephones, MP3 players, and pressed Tetrahydrocannabinol (THC), all in violation of 18 U.S.C. § 1791(a)(1) and (b)(1).

Criminal Complaint – Page 1

Count Three
Serving or Attempting to Serve as an Airman Without an Airman's Certificate
(Violation of 49 U.S.C. § 46306(b)(7) and (c)(2))

On or about May 4, 2022, in the Northern District of Texas, the defendant, **Bryant Leray Henderson**, knowingly and willfully served as an airman, by operating an unmanned aircraft system (drone), without first obtaining an airman's certificate authorizing him to serve in that capacity, in relation to aiding and facilitating a controlled substance violation of the United States, which is punishable by more than one year in prison, all in violation of 49 U.S.C. § 46306(b)(7) and (c)(2).

**Probable Cause:**

I, Patrick H. McGuire, under oath, duly state that I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Dallas Field Division. The statements set forth in this affidavit are true and correct to the best of my knowledge and belief but are not inclusive of all the evidence or information in the case.

1. On or about May 4, 2022, at approximately 11:55 p.m., at the Federal Medical Center (FMC), located in Fort Worth, Texas (a federal correctional facility), staff observed a drone with a package hanging from the bottom of it operating over the prison facility. Staff notified the FMC Fort Worth control center, via radio, of the sighting and that the drone crashed near the HVAC and Construction shop. This shop is located inside the secured, fenced in area of FMC Fort Worth.

2. Staff recovered the drone and the package it was carrying and turned the drone and package over to Bureau of Prisons ("BOP") Special Investigative Staff ("SIS"). The drone was found to be a DJI Inspire 2 Model T650A, bearing serial number 0A0LDBF003024F (DJI Inspire). The package the drone was carrying was searched and found to contain four 10- inch by 11-inch packages of suspected tobacco, a plastic baggie containing a brown substance, a plastic baggie containing a crystal substance, suspected to be methamphetamine, 20 containers labeled "Pressed THC," two black AT&T prepaid smart phones with accessories, and nine San Disk MP3 players with accessories. SIS then notified the FBI and Fort Worth Police Department (FWPD).

3. The investigative team retrieved the evidence collected by FMC's SIS and secured it at the Fort Worth FBI Office. The crystal substance was field tested and found to be

positive for methamphetamine with a weight of 46.0 grams. The 20 "Pressed THC" containers were weighed and found to be 87.1 grams.

4. Security footage was reviewed to observe on May 4, 2022, at approximately 11:00 p.m., a Red Chevrolet Tahoe, pull into the south parking lot of OD Wyatt High School, located next to FMC Fort Worth. The Red Tahoe had a unique red Transformers decal on its back window. A black male wearing a black tank-top shirt, red shorts, and sandals with dread-type hairstyle exited the vehicle, took the drone and package from the vehicle, and launched it towards the prison. The suspect then quickly moved back to the vehicle and left the high school at approximately 11:58 p.m.



Subject Vehicle Surveillance Video – May 4, 2022 | Subject & Subject Vehicle OD Wyatt High School – May 4, 2022

5. Law enforcement databases captured various photographs of the Red Tahoe with the large red transformer sticker in the back window that matched the vehicle in the surveillance footage captured at OD Wyatt High School. The license plate of the vehicle was identified as Texas License Plate FLV2397. Some of the captured photographs of the Red Tahoe's license plate found it located in close proximity to two other federal correctional facilities in recent months. On March 22, 2022, and March 25, 2022, the Red Tahoe was in close proximity to Federal Correctional Institute (FCI) Bastrop, located in Bastrop, TX. On April 6, 2022, April 7, 2022, and May 17, 2022, the Red Tahoe was in close proximity to FCI Seagoville, in Seagoville, Texas.

6. On May 15, 2022, Fort Worth Police Department (FWPD) conducted a traffic stop on the Red Tahoe. When asked, the driver self-identified as William Henderson, date of birth in May of 1977. The driver also provided his phone number as XXX-XXX-2381

Criminal Complaint – Page 3

and a residential address on Handsome Drive, in Pflugerville, Texas. During the traffic stop, the driver also provided a local address on Montague Street in Fort Worth, Texas.

7. Law enforcement database inquiries identified William Henderson's residential address as on Handsome Drive in Pflugerville, Texas. However, based upon the identifiers provided by the driver, the Texas Driver's License photograph for William Henderson did not match the driver depicted in the FWPD body camera footage. FWPD's body camera footage depicted a black male bearing a long dread-type hairstyle, similar to the black male identified within surveillance footage captured at OD Wyatt High School. The driver of the Red Tahoe appeared to be **Bryant Leray Henderson**. Social media exploitation of **Henderson** also identified an Instagram photograph of **Henderson** in a vehicle with a similar Transformers decal in the back window.



8. Thereafter, on May 23, 2022, Dallas Police Department (DPD) Officers observed the same Red Tahoe bearing Texas license plate FLV2397 abandoned in a travel lane, with its four-way flashers on and its hood up. Due to the vehicle being abandoned in a public street, it was inventory searched and towed to the DPD Auto Pound. The vehicle was found to contain a debit card and a Social Security card belonging to **Bryant Henderson**. A federal search warrant was subsequently obtained for the vehicle and multiple items of evidence were recovered, including:

- Documents and mail in **Henderson's** name;
- A DJI Drone controller located in the back seat;
- Various drone accessories to include DJI controllers, DJI rechargeable batteries, dropping mechanisms, and a DJI Inspire 2 propeller box, all consistent with the drone flown into FMC Fort Worth on May 4, 2022;

- Black and red sandals consistent with the sandals **Henderson** was seen wearing in the security footage from O.D. Wyatt High School on the night of May 4, 2022;
- 18 cellphone to include 12 AT&T Motorola Smartphones consistent with the phones carried by the drone on May 4, 2022, into FMC Fort Worth;
- Tobacco products consistent with the tobacco carried by the drone on May 4, 2022, into FMC Fort Worth;
- Multiple containers listed as containing prescription steroids, as well as syringes, all packaged in a vacuum sealed container connected to a fishing line and key ring consistent with being ready to be attached and dropped from a drone.

9. Thereafter, the DJI Controller recovered from the Red Tahoe was powered on near the DJI drone flown into FMC Fort Worth. Both immediately connected to each other and displayed a green light on their displays. When the investigative team operated the controller, the propellers on the drone began to move, demonstrating that it was the same controller that last operated the drone flown into FMC Fort Worth.

10. A federal search warrant was executed on the DJI Inspire drone, and 70 usable flight logs were extracted, documenting the time/date stamp, GPS data, speed, height, battery percentage, and operating system log associated with each of the drone's flights. A preliminary review of the extracted data identified four flights in or around FMC Fort Worth dated April 15, 2022, at approximately 3:30 A.M., and May 4, 2022, at approximately 2:15 A.M., 4:11 A.M., and 11:51 P.M. Each of the four FMC Fort Worth flights intruded into the prison's airspace. In addition, nine flights were logged in or around Seagoville, Texas, between December 11, 2021, and May 2, 2022. Two of the nine documented flights intruded into FCI Seagoville airspace dated May 2, 2022, at approximately 1:30 A.M. and 11:00 P.M. Another address of interest in the drone's flight data was on Montague Street in Fort Worth, Texas (the address provided by **Henderson** to officers on May 15, 2022), logging eleven separate entries, including nine entries on May 4, 2022, the day of the drone's crash.

11. The extracted data was used to create a 3D-depiction of each of the drone's documented flights using the drone's route of travel, geolocation data, and elevation profile. Depicted below is a screenshot of the drone's recorded route of travel for the date of May 4, 2022, at 11:51 P.M., at FMC, in Fort Worth, Texas. The elevation profile associated with the flight at FMC Fort Worth logged a starting elevation level of 670 feet above sea level, reaching a peak elevation of approximately 940 feet, and descending to 697 feet in or around FMC's airspace where it ultimately crashed.



12. Depicted below is a screenshot of the drone's recorded route of travel for the date of May 2, 2022, at approximately 11:00 P.M., at FCI Seagoville. The elevation profile associated with the flight logged a starting elevation level of 439 feet above sea level, reaching a peak elevation at approximately 929 feet, and descending to an elevation level of 474 feet while in or around FCI Seagoville's airspace.



13. On June 16, 2022, the investigative team interviewed two employees of a motel in Seagoville, Texas. Both employees were shown photographs of **Henderson** and confirmed **Henderson** as a recent guest of the motel. Both employees also confirmed the Red Tahoe as the vehicle driven by **Henderson** during his recent stay. The employees produced the registration card, dated May 17, 2022, for **Henderson's** stay which also included a photograph copy of **Henderson's** Texas Driver's License. Employee #2 reported that, on one occasion, he responded to **Henderson's** room for a

Criminal Complaint – Page 6

noise complaint and observed "lots of narcotics, electronics, and a large black drone." One afternoon during **Henderson's** stay, Employee #2 recalled seeing **Henderson** at the park near FCI Seagoville. During **Henderson's** stay at the motel, **Henderson** provided his telephone number, which Employee #2 identified as XXX-XXX-2381 (the same number provided by **Henderson** to officers on May 15, 2022).

14. Furthermore, the investigative team obtained subscriber information from QLink Wireless for phone number XXX-XXX-2381. The results showed the account was registered to **Henderson,** with **Henderson's** date of birth, social security number, and addresses. The investigative team also executed a federal search warrant for the call detail records and location data for phone number XXX-XXX-2381, which showed that on May 4, 2022, at 11:59:54 CDT, **Henderson** made an outgoing phone call with a 1st Tower latitude, longitude of 32.6843, -97.287 and 1st Tower Address of 2800 E. Seminary Rd., Fort Worth, TX 76119. Based on **Henderson's** call detail records and captured surveillance footage at OD Wyatt High School, the phone call was believed to have taken place shortly after the drone crashed at FMC Fort Worth. A search of the GPS location data associated with **Henderson's** aforementioned telephone call returned a location in close-proximity to FMC Fort Worth and O.D. Wyatt High School.



15. The call records also showed that on May 2, 2022, at 11:04:58 CDT, **Henderson** received an incoming phone call with a 1st Tower latitude, longitude of 32.6494, -96.5596 and 1st Tower Address of 300 Neil Street Seagoville, TX. Based on **Henderson's** call detail records and information obtained from the drone, the phone call was believed to have taken place shortly after a drone flight into the airspace of FCI Seagoville. A search of the GPS location data associated with **Henderson's** aforementioned telephone call returned a location in close-proximity to FCI Seagoville.



16. The Department of Transportation (DOT) Office of Inspector General (OIG) checked the Federal Aviation Administration's (FAA) Airman Certificate System for any certifications related to **Henderson.** No certifications were located for **Henderson.** On July 25, 2022, DOT-OIG queried the DJI Inspire Drone's serial number through the Federal Aviation Administration (FAA) Unmanned Aircraft Systems (UAS) registration. The drone's registration returned to a prior owner dated back to August 6, 2018, with the expiration date of August 6, 2021, and a registration status of "canceled." The investigative team also identified FMC Fort Worth as a secured and restricted flight area, to include the area where the drone operated in and crashed on May 4, 2022, which strictly prohibits drone flights.

## Conclusion

Based on the foregoing, I submit that there is probable cause to believe that **Bryant Leray Henderson,** by intentionally flying a drone carrying methamphetamine into FMC Fort Worth, while not licensed as an airman, committed the following offenses: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)); (2) Providing Contraband in Prison in violation of 18 U.S.C. § 1791(a)(1) and (b)(1)); and (3) Serving as an Airman Without an Airman s Certificate in violation of 49 U.S.C. § 46306(b)(7) and (c)(2)).

Special Agent Patrick McGuire
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence on this __2nd__ day of August, 2022 at _1:28_ a.m./p.m. in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Criminal Complaint – Page 8